[No. 10590-3-III.   Division Three.   August 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. FEDERICO BARAJAS TEJEDA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-01442-0, F. James Gavin, J., entered February 1, 1990. *Dismissed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.

[No. 10330-7-III.   Division Three.   August 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. TYRONE CORNELIUS SMOOT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-8-00593-6, David M. Thorn, J. Pro Tem., entered October 17, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.